

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2015

No. 04-14-00655-CV

Ivarene and Victor **HOSEK**,
Appellant

v.

Rosale **SCOTT**,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 13-06-0559-CVA
Honorable Fred Shannon, Judge Presiding

## O R D E R

The appellants' brief was originally due to be filed on January 7, 2015. On January 7, 2015, appellants filed a motion requesting a sixty-day extension to file their brief, and stating that the appellee opposes any extension in excess of one week. The motion is GRANTED. **THIS IS THE FINAL EXTENSION OF TIME THAT THE APPELLANT WILL BE GRANTED**. The Appellants' brief must be filed by March 9, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of January, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court